UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK KARAPETYAN,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,<br><br>                              Respondents. | Case No.:  25-CV-3640 JLS (AHG)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 10) |

On January 22, 2026, the Court denied Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 10) and allowed Petitioner thirty days to amend the Petition. Thirty days have come and gone, and Petitioner has not submitted an amended petition. *See generally* Docket.  Therefore, this matter is **DISMISSED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

   **IT IS SO ORDERED.**

Dated:  February 25, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-3640 JLS (AHG)